IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-03460-PAB-KMT | Date: | December 2, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:* | *Counsel:*

SHAROLYN A. LEEPER, | Dennis Walker
 | Evan Baer

   Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE | Justin Zouski
COMPANY, dba ALLSTATE, and
ALLSTATE INSURANCE COMPANY, dba
ALLSTATE,

   Defendants.

## COURTROOM MINUTES

**MOTION HEARING & INFORMAL DISCOVERY CONFERENCE**

**1:26 p.m.    Court in session.**

Court calls case.  Appearances of counsel.

Mr Zouski states the parties have reached an agreement regarding the Joseph Blythe disclosure and wishes to withdraw the motion.

**ORDERED:   Defendants' Motion to Strike Plaintiff's Untimely Expert Disclosure of Joseph Blythe Pursuant to Fed. R. Civ. P. 37(c) [89] is WITHDRAWN.**

Discussion and argument regarding the disclosure of Plaintiff as a potential expert due to her training and experience.

**ORDERED:   Defendants' Motion to Strike Plaintiff From Testifying as an Expert [88] is GRANTED IN PART.  Ms. Leeper is not permitted to testify as a Fed. R. Evid. 702 expert in accident reconstruction, vehicle speeds, or similar topics**

> **not clearly set forth in the expert disclosure [Doc. No. 96-3] as stated on record.**

Informal discussion regarding discovery dispute with respect to Allstate's claims handling manual.

**3:10 p.m.      Court in recess.**

Hearing concluded.
Total in-court time    01:44

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.