IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**


ORIGINAL

Civil Action No. 13-cv-03460-PAB-KMT

SHAROLYN LEEPER,

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, d/b/a Allstate, and ALLSTATE INSURANCE COMPANY, d/b/a Allstate,

    Defendants.

---

### SPECIAL VERDICT FORM

---

We, the jury, present our answers to questions submitted by the Court, to which we have all agreed:

### FIRST CLAIM – BREACH OF UNDERINSURED MOTORIST CONTRACT

1. Do you find by a preponderance of the evidence that defendants breached a contract to provide underinsured motorist coverage to plaintiff, as set forth in Instruction No. 8?

       Yes _____    No \_\_X\_\_\_

**If your answer to question 1 is "No," your verdict is for defendants, and you must stop and sign the Verdict Form without answering any of the remaining questions. If your answer to Question 1 is "Yes," proceed to Question 2.**

2. State your answers to the following questions relating to plaintiff's damages that you find were caused by the negligence of Adam Ramos in excess of $50,000:

   a. What is the total amount of plaintiff's damages, if any, for economic losses, excluding any damages for physical impairment or disfigurement? You should answer "0" if you determine there were none.

   $_____

   b. What is the total amount of plaintiff's damages, if any, for noneconomic losses or injuries, excluding any damages for physical impairment or disfigurement? You should answer "0" if you determine there were none.

   $_____

   c. What is the total amount of plaintiff's damages for physical impairment and disfigurement? You should answer "0" if you determine there were none.

   $_____

## SECOND CLAIM – UNREASONABLE DELAY OR DENIAL OF BENEFITS OWED

3. Do you find by a preponderance of the evidence that defendants delayed or denied payment of insurance benefits to plaintiff without a reasonable basis?

   Yes _____   No _____

**If your answer to Question 3 is "No," skip Question 4 and continue to Question 5.
If your answer to Question 3 is "Yes," proceed to Question 4.**

4.  What is the total dollar amount of underinsured motorist benefits that defendants delayed or denied without a reasonable basis?

    $_____

### THIRD CLAIM – BAD FAITH BREACH OF INSURANCE CONTRACT

5.  Do you find by a preponderance of the evidence that defendants breached their insurance contract with plaintiff in bad faith?

    Yes _____   No _____

**If you answered "No" to Question 5, stop and sign the Verdict Form. If you answered "Yes" to Question 5, proceed to Question 6.**

6.  What is the total amount of non-economic damages, as defined in Instruction No. 22, which you find were caused by defendants' unreasonable conduct or position?

    $_____


Dated November _17_, 2016.